No. 75–6171.  JOHNSON v. UNITED STATES;

No. 75–6177.  BURGIN v. UNITED STATES; and

No. 75–6225.  BRIDGEMAN v. UNITED STATES.  C. A. D. C. Cir.  Certiorari denied.  Reported below: 173 U. S. App. D. C. 150, 523 F. 2d 1099.

No. 75–6193.  CORBBINS v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 75–6196.  AVILES v. UNITED STATES.  C. A. 2d Cir.  Certiorari denied.

No. 75–6200.  BATTE v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 75–6209.  REYNOLDS v. UNITED STATES.  C. A. 6th Cir.  Certiorari denied.

No. 75–6210.  GARRISON v. UNITED STATES.  C. A. 7th Cir.  Certiorari denied.

No. 75–6222.  CARTER v. UNITED STATES.  C. A. 8th Cir.  Certiorari denied.

No. 75–6269.  CELANI v. MATHEWS, SECRETARY, DEPARTMENT OF HEALTH, EDUCATION, AND WELFARE.  C. A. 4th Cir.  Certiorari denied.

No. 75–6343.  GRAVINA v. SWITZERLAND ET AL.  C. A. 1st Cir.  Certiorari denied.

No. 75–6372.  JOHNSON v. WAINWRIGHT, SECRETARY, DEPARTMENT OF OFFENDER REHABILITATION OF FLORIDA C. A. 5th Cir.  Certiorari denied.

No. 75–6375.  SMITH v. DEPARTMENT OF PUBLIC WORKS, COUNTY OF WESTCHESTER.  App. Div., Sup. Ct. N. Y., 2d Jud. Dept.  Certiorari denied.